UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KIYWON BONNER                                    CIVIL ACTION NO. 23-0872

                                                 SECTION P
VS.
                                                 JUDGE TERRY A. DOUGHTY

LUKE MITCHELL, ET AL.                            MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 8] previously filed herein, having thoroughly reviewed the record, and noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Kiywon Bonner's claims are **DISMISSED** as frivolous, for failing to state claims on which relief may be granted, and for seeking monetary relief from defendants immune from such relief.

**MONROE, LOUISIANA**, this 27th day of September 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE